PROB 12C
(7/93)

Report Date: September 19, 2007

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 19 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas Michael Carpino        Case Number: 2:01CR02075-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 1/3/2002

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922 (g) (1) | | |
| Original Sentence: | Prison - 72 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Donald E. Kresse, Jr. | Date Supervision Commenced: | 9/13/2006 |
| Defense Attorney: | Jerry D. Talbott | Date Supervision Expires: | 9/12/2009 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1                         **Mandatory Condition #3**: The defendant shall not illegally possess a controlled substance.

                          **Supporting Evidence**: Thomas Carpino is considered in violation of his period of supervised release in the Eastern District of Washington by possessing a controlled substance, methamphetamine, on or prior to September 13, 2007.

                          On September 13, 2007, officers with the Kennewick Police Department, with the use of an informant, contacted the defendant on his cell phone to purchase $50 of methamphetamine. The defendant agreed to meet the informant in Kennewick to complete the transaction.

                          At 10:35 p.m. the defendant arrived at the set location and contacted the informant. The money was exchanged for the methamphetamine and the informant gave a signal to the waiting officers that the transaction was completed. The officers moved in and arrested the defendant without incident. The informant was contacted and he/she provided the methamphetamine to the officers and advised the defendant had placed the buy money in his left front pocket. The defendant was searched and found to have a metal container with a white crystalline powder in it along with $200 in cash. The defendant immediately notified officers that he wanted the money counted in front of him. The prerecorded buy funds were

Prob12C
Re: Carpino, Thomas Michael
September 19, 2007
Page 2

located when the money was counted for the defendant.

The defendant was transported to the Benton County Jail and booked under case number 07-28461.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Respectfully submitted,

by _____
David L. McCary
U.S. Probation Officer

Sworn to before me, and subscribed at Richland, Washington

_____  9/19/07
U. S. District Court Judge Edward F. Shea    Date

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

9/19/07
Date