PROB 12C
(7/93)

Report Date:  June 25, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 25, 2014

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas Michael Carpino          Case Number: 0980 2:01CR02075-001

Address of Offender: █████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 3, 2002

Original Offense:          Felon in Possession of a Firearm, 18 U.S.C. § 922 (g) (1)

Original Sentence:        Prison 72 months          Type of Supervision: Supervised Release
                          TSR - 36 months

Asst. U.S. Attorney:     Alison L. Gregoire          Date Supervision Commenced: October 17, 2012

Defense Attorney:        Rick Lee Hoffman           Date Supervision Expires: August 16, 2015

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1          **Mandatory Condition #4**:  The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

          **Supporting Evidence**:  Thomas Carpino admitted to using methamphetamine on April 5, 13, 14, 15, and 24, 2014.  The defendant reviewed and signed admission of drug use forms acknowledging the aforementioned.

2          **Special Condition #16**:  You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare.  You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

          **Supporting Evidence**:  Thomas Carpino failed to attend treatment sessions at Merit Resource Services (Merit) on April 3, and 17, 2014.

On April 7, 2014, the undersigned officer received a status report from Merit stating the defendant failed to show for a scheduled group session on April 3, 2014. On April 24, 2014, a second status report was received from Merit stating he failed to show for a group session on April 17, 2014.

3   **Standard Condition #3**:  The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

    **Supporting Evidence**:  Thomas Carpino failed to report to the U.S. Probation Office on June 16, 2014.

    On June 12, 2014, the defendant was directed to report for an office visit on June 16, 2014, but he failed to report.  On June 17, 2014, contact with the defendant revealed he was at the University of Washington Medical Center visiting his sister, who was receiving medical treatment.  When asked why he failed to report on June 16, 2014, he stated he had asked his girlfriend to contact this officer.  Contact with his girlfriend revealed she had directed the defendant to contact this officer and did not know why he had failed to do so.  The defendant was then  informed  he would be required to report to the Seattle U.S. Probation Office for a urinalysis test and this officer would contact him by 1 p.m. with reporting instructions. After  speaking with personnel from the Seattle U.S. Probation Office, several attempts were made  to contact the defendant but all were met with negative results.  Messages were then left with his girlfriend and siblings for him to contact this officer as soon as possible otherwise, court action would be requested.  At approximately 6 p.m., Mr. Carpino contacted this officer and reported the reason he had made himself unavailable was because he had an active warrant out of Benton County Superior Court and thought this officer was trying to get him to report so the warrant could be served on him.  After a brief conversation about being honest, the defendant admitted to using methamphetamine on June 15, 16, and 17, 2014.

4   **Special Condition # 17**:  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**:  Thomas Carpino admitted to using methamphetamine on June 15, 16, and 17, 2014.

    On June 17, 2014, the defendant contacted this officer and admitted to using methamphetamine on June 15, 16, and 17, 2014.  On June 18, 2014, he reported for an office visit and signed an admission of drug use form.

5   **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Thomas Carpino failed to report to Merit for a urinalysis test on June 17, and 24, 2014.

On June 18, 2014, the U.S. Probation Office received a notice from Merit stating the defendant failed to report to their office for a urinalysis test on June 17, 2014.  On June 25, 2014, a second notice was received from Merit stating he had failed to report for a urinalysis test on June 24, 2014.

6          **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**:  Thomas Carpino failed to report to the U.S. Probation Office on June 25, 2014.

On June 23, 2014, the defendant was directed to report in person to the U.S. Probation Office every Monday, Wednesday, and Friday, by 10 a.m.  On June 25, 2014, the defendant failed to report as directed.  At approximately 10:36 a.m., the defendant sent the undersigned officer a text message stating he has messed up.  When contacted by phone, he related the reason he had failed to report as directed was because he had used methamphetamine on June 24, 2014.  The defendant was then directed to report by 1 p.m., but he failed to do so.

7          **Special Condition # 7**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Thomas Carpino admitted to using methamphetamine on June 24, 2014, as noted in violation number 6.

**Prob12C**
**Re: Carpino, Thomas Michael**
**June 25, 2014**
**Page 4**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/25/2014
_____

s/Jose Vargas
_____

Jose Vargas
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[ X ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

_____
                    s/Edward F. Shea
Signature of Judicial Officer

_____
                    June 25, 2014
Date